IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Mag No. 17-812-M |
| WILLIAM FUSCO | : | |

### ORDER

AND NOW, this 20th day of June, 2017, after consideration of the proposed release order and based on the agreement of the government and the defendant, it is ORDERED that defendant William Fusco shall be released on the following conditions:

1. Defendant William Fusco shall execute a $150,000 bond secured by the property at 1013 Federal Street, Philadelphia, Pennsylvania, to secure his compliance with all conditions of release.

2. Defendant William Fusco shall reside at 1013 Federal Street, Philadelphia, Pennsylvania.

3. Defendant William Fusco shall report to Pretrial Services as directed by Pretrial Services.

4. Defendant William Fusco shall surrender all passports and not apply for any passport.

5. Defendant William Fusco shall not leave the Eastern District of Pennsylvania without the permission of Pretrial Services, after notice to the United States Attorney's Office. However, the defendant may travel to and from the District of Connecticut when required for court appearances or other case-related meetings in Connecticut, with notice to Pretrial Services. Any request for travel outside the United States shall require the permission of the Court.

6. Defendant William Fusco shall not commit a federal, state or local crime during the period of release.

7. Defendant William Fusco shall not possess firearms or acquire any firearms while on pretrial release, or have any firearms in the residence where he is staying.

8. Defendant William Fusco shall comply with all orders to appear in court.

9. Defendant William Fusco shall undergo random drug testing as directed by Pretrial Services.

10. Defendant William Fusco shall have no contact, directly or indirectly, with any potential witnesses in this case, including three specific persons whose names have been provided to counsel for Mr. Fusco.

11. Defendant William Fusco is prohibited from possessing or using any computer or device at any location that is capable of an internet connection unless approved by Pretrial Services.

12. Defendant William Fusco is prohibited from accessing any websites accessed using the Tor browser, or accessing other "darknet" locations.

13. Defendant William Fusco is prohibited from possessing internet capable cellular devices (including internet capable cell phones, tablets, etc.).

14. Defendant William Fusco shall permit Pretrial Services to install computer monitoring software on any computer in his home, and shall pay the cost of this computer monitoring.

15. Defendant William Fusco defendant shall submit to an initial inspection by the U.S. Pretrial Services Office, and to any examinations during supervision, of the defendant's computer and any devices, programs, or applications.

16. Defendant William Fusco shall report for a court appearance at 1:00 PM on June 27, 2017, in the courtroom of Judge William Garfinkel at the federal courthouse in Bridgeport, Connecticut.

BY THE COURT:

_____
THOMAS J. RUETER
United States Magistrate Judge